ELAINE H. MARZOLA, ESQ.
Nevada Bar No. 12442
YVONNE RUIZ, ESQ.
Nevada Bar No. 14111
**MARZOLA & RUIZ LAW GROUP PLLC**
8975 S. Pecos Road, Suite 6B
Henderson, Nevada 89074
Telephone: (702) 707-4878
Facsimile: (702) 846-0776
elaine@marzolaruizlaw.com
yvonne@marzolaruizlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE MOODY, individually;<br><br>Plaintiff,<br>vs.<br><br>TARGET CORPORATION; DOE INDIVIDUALS 1-10; and ROE BUSINESS ENTITIES 11-20,<br><br>Defendants. | CASE NO.: 2:26-cv-01132-BNW<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>*SPECIAL SCHEDULING REVIEW REQUESTED* |

The Plaintiff, KRISTINE MOODY, by and through her undersigned counsel, YVONNE RUIZ, ESQ., and the Defendant TARGET CORPORATION;, by and through its undersigned counsel, LOREN S. YOUNG, ESQ., hereby submit this Stipulated Discovery Plan and Scheduling Order.

**DESCRIPTION OF ACTION:** This is a slip and fall matter. Specifically, Plaintiff was an invitee at the Subject Property when she allegedly slipped and fell on foreign substance that appeared to be water.  The Defendant denies all claims for relief.

1

**PROPOSED DISCOVERY PLAN:**

1. The parties conducted a Fed. R.Civ. P. 26(f) conference on April 29, 2026. Pursuant to the Fed. R. Civ. P. 26 (f) conference, the parties agree that they will submit their initial disclosures on or before May 29, 2026.

2. Estimated time required for discovery: Discovery will take 300 days from Defendant's first appearance in the matter on February 2, 2026. The discovery deadline shall be November 30, 2026[1]. **Statement of the necessity of additional time:** The parties require 300 days to conduct discovery because the parties anticipate needing additional time to subpoena, receive medical records, provide those medical records to the parties' experts, depose those medical providers and/or expert, and resolve any discovery disputes arising therefrom as Plaintiff is still seeking medical treatment. In counsel's experience, medical providers often take longer than anticipated to provide complete sets of the requested documents, often necessitating discovery extensions. To avoid filing stipulation later in the case, the parties now seek 300 days for discovery..

3. Amendment of Pleadings and Addition of Parties: Unless otherwise ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later than 90 days prior to the discovery cut-off date, which in this matter is not later than September 1, 2026.

4. The disclosure of experts and expert reports shall occur on or before October 1, 2026, which is 60 days before the discovery cut-off date; and the disclosure of rebuttal experts and their reports shall occur on or before November 1, 2026[2], which is 30 days after the expert disclosure deadline.

5. The parties shall have until December 30, 2026 to file dispositive motions.

---

1 Actual date is November 29, 2026, which is a Sunday.
2 Actual date is October 31, 2026, which is a Sunday.

2

6. The pretrial order shall be filed by January 29, 2027, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be thirty (30) days after decision on said dispositive motions, or by further order of the court. Fed. R. Civil P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P Rule 26 (a)(3), and any objections thereto, shall be included in the pretrial order.

7. Stipulations regarding limitations or conditions or additional discovery: N/A.

8. Parties shall engage in all permissible discovery as allowed under FRCP and local rules.

9. Extensions of Modifications of the Discovery Plan and Scheduling Order: Applications or motions to extend the discovery plan dates shall comply with the requirements of LR 26-4 and shall be filed not later than 21 days prior to the particular deadline sought to be extended. The motion or stipulation shall include:

- A statement specifying the discovery completed to date;
- A specific description of the discovery which remains to be completed;
- The reasons why remaining discovery was not completed within the time limits of the existing discovery deadline; and
- A proposed schedule for the completion of remaining discovery.

/ / /

/ / /

/ / /

/ / /

3

10. Settlement: The undersigned attorneys have not discussed possible settlement of this action.

DATED this 26th of May, 2026.

/s/ Yvonne Ruiz

_____
YVONNE RUIZ, ESQ.
Bar No. 14111
MARZOLA & RUIZ LAW GROUP
8975 S. Pecos Road, Suite 6B
Henderson, Nevada 89074
*Attorneys for Plaintiff*

DATED this 26th of May, 2026.

/s/ Julie White

_____
JULIE WHITE, ESQ.
Bar No. 8725
LINCOLN, GUSTAFSON &
CERCOS
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant*

### **ORDER**

IT IS SO ORDERED.

DATED: May 27, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
**MARZOLA & RUIZ LAW GROUP PLLC**

/s/ Yvonne Ruiz

_____
YVONNE RUIZ, ESQ.
Nevada Bar No. 14111
8975 S. Pecos Road, Suite 6B
Henderson, Nevada 89074
*Attorneys for Plaintiff*

4